

# IN THE
# TENTH COURT OF APPEALS

**10-23-00189-CR**
**10-23-00190-CR**
**10-23-00191-CR**

## EX PARTE AIDAN SCOTT ALVARADO

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court Nos. 49605CR; 49606CR;**
**and 49607CR**

## MEMORANDUM OPINION

Aidan Scott Alvarado appealed the trial court's denial of Alvarado's petition for writ of habeas corpus in each of these underlying cases. He now moves to dismiss the appeals. Alvarado and his attorney have signed each motion. *See* TEX. R. APP. P. 42.2(a).

Appellant's motions to dismiss are granted, and these appeals are dismissed. *Id.*

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson,* and

Justice Smith
*(Justice Johnson dissenting with an opinion)
Motions granted
Appeals dismissed
Opinion delivered and filed October 12, 2023
Do not publish
[OT06]

